UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CV-22446-BLOOM
(Underlying Case No. 14-20558-CR-BLOOM)

ISAAC SEABROOKS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Isaac Seabrooks, movant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Motion to Vacate, Set Aside or Correct Conviction and Sentence Pursuant to 28 U.S.C. § 2255 (DE 19) entered in this action on the 16th day of July, 2020.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

By:   *s/Brenda G. Bryn*
      Brenda G. Bryn
      Assistant Federal Public Defender
      Florida Bar No. 708224
      One East Broward Boulevard, Suite 1100
      Fort Lauderdale, Florida   33301
      Tel:  (954) 356-7436
      E-mail: Brenda_bryn@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on  September 11, 2020 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Brenda G. Bryn*
Brenda G. Bryn, AFPD